IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT HAYES, JR II, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:16-cv-00023 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| BLUE RIDGE JAIL AUTHORITY, et al | ) | United States District Judge |
| | **)** | |
| Defendants. | ) | |

**ORDER**

Plaintiff, proceeding *pro se*, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered February 8, 2016, the court directed plaintiff to submit within ten days from the date of the Order an amended complaint because the original complaint filed failed to state a claim under §1983 against the named defendants. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than ten days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

Entered: February 29, 2016.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge